UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BICKES and DAVID
TREPANIER,

       Plaintiffs,

                                     Case No. 05-71614

v.

                                     Honorable Patrick J. Duggan

SPS TECHNOLOGIES WATERFORD
COMPANY, a Michigan Corporation,

       Defendant.

_____/

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on November 27,2006.

PRESENT:       THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

On April 25, 2005, Plaintiffs filed a disability discrimination action against

Defendant.  Plaintiffs each allege a count of disability discrimination in violation of the

Americans With Disabilities Act ("ADA")[1] and Mr. Trepanier also alleges a count of

weight discrimination in violation of the Michigan Elliott-Larsen Civil Rights Act.[2]

Defendant subsequently filed a motion for summary judgment.  On this date, the Court

_____

[1]42 U.S.C. §§ 12101-300.

[2]MICH. COMP. LAWS ANN. §§ 37.2101-2804.

issued an Opinion and Order granting Defendant's motion.

For the reasons set forth in the Opinion and Order,

**IT IS ORDERED, ADJUDGED AND DECREED**, that Plaintiffs' complaint is

**DISMISSED WITH PREJUDICE**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew Wigent, Esq.
Louis Theros, Esq.
Ryan Mulally, Esq.